**Wanda M. Akin & Associates**
One Gateway Center, Ste. 2600
Newark, NJ 07102
973-623-6834
973-735-2695 fax
Wanda M. Akin, Esq.
Wakin@akinlegal.com
Attorney for Defendant Donte Snow

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | MAGISTRATE No. 19-1564 (DEA) |
| v. | |
| DONTE SNOW | **CONSENT ORDER MODIFYING BAIL CONDITIONS** |

This matter having come before the Court upon on the application of defendant Donte Snow through his attorney, Wanda M. Akin, Esq., for modification of bail conditions and with the consent of the United States Attorney's Office for the District of New Jersey, by Assistant United States Attorney Martha Nye, Esq., and with the consent of Pretrial Services by United States Pretrial Services Officer, Gary Pettiford, and for good cause being shown;

IT IS HEREBY ORDERED on this 26th day of October, 2020 that the bail conditions of pretrial release pending the disposition of this criminal matter be modified as follows:

1. The condition of home detention with electronic monitoring for the defendant shall be removed; and

2. All previous conditions except as modified above remain in full force and effect.

_____
DOUGAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

I hereby consent to the
Form and entry of this Order

_____
Wanda M. Akin
Attorney for Defendant, Donte Snow

_____
Martha Nye
Assistant United States Attorney

_____
Gary Pettiford
United States Pretrial Services